

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00423-CV

**IN RE Z.K.T.W. AND Z.K.R.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00921
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant, Shawn Sheffield, to file the appellant's brief by September 3, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further request for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court